AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEANETTE VASS<br>*Plaintiff* | )<br>)<br>) | |
| v. | ) | Case No.   16-cv-0386-RC |
| NATIONAL RAILROAD PASSENGER CORP.<br>*Defendant* | )<br>) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeanette Vass, Plaintiff

Date:   07/15/2016

*Attorney's signature*

Paul D. Kamenar, DC Bar 914200
*Printed name and bar number*

1629 K Street, NW, Suite 300
Washington, DC 20006
*Address*

paul.kamenar@gmail.com
*E-mail address*

(301) 257-9435
*Telephone number*

(301) 656-6562
*FAX number*